# Court of Appeals
# of the State of Georgia

ATLANTA,___April 23, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1561.   JOSE MORALES v. FEDERAL NATIONAL MORTGAGE
ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Jose Morales appealed to the superior court, which also ruled in favor of the plaintiff. Morales then filed this direct appeal. We lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Morales did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal.

Second, this appeal is untimely. Although a notice of appeal generally may be filed within thirty days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Morales filed the notice of appeal in this case 19 days after the superior court's order was entered.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_____04/23/2015_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*